HONORABLE THOMAS S. ZILLY

**05-CV-01818-ORD**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH & SECURITY TRUST OF WESTERN WASHINGTON, et al. | NO. CV5-1818Z |
| Plaintiffs<br>v.<br>NEW BEGINNINGS CONSTRUCTION, LLC<br><br>Defendants | ORDER GRANTING SUMMARY JUDGMENT |

Plaintiffs Carpenters Health and Security Trust of Western Washington, Carpenters of Western Washington Individual Account Pension Trust, Carpenters Retirement Trust of Western Washington, Carpenters-Employers Vacation Trust of Western Washington, Carpenters-Employers Apprenticeship and Training Trust Fund of Western Washington, and Pacific Northwest Regional Council of Carpenters have moved the Court for an Order Granting Summary Judgment against Defendant New Beginnings Construction, LLC as follows:

///

///

ORDER GRANTING SUMMARY JUDGMENT—1
Case No. CV5-1818Z

Law Offices of
**Mary L. Stoll**
2033 Sixth Avenue, Suite 815
Seattle, WA 98121-2573
Telephone 206-623-2855
Fax 206-667-9805

## JUDGMENT SUMMARY

1. Judgment Creditor:           Carpenters Trusts of Western Washington
2. Judgment Debtor:             New Beginnings Construction, LLC
3. Principal Judgment Amount:   $2,435.63
4. Liquidated Damages:          $1,558.35
5. Interest:                    $533.22
6. Costs:                       $305.31
7. Attorney's Fees:             $4,323.90
8. Post-Judgment Interest:      5.62 ~~12~~ percent per annum
9. Attorney for Judgment Creditor:   Mary L. Stoll

The Court having considered the pleadings, documents and affidavits on file and being fully advised in the premises, Defendant having received notice of Plaintiffs' Motion for Order Granting Summary Judgment, it appearing that there is no genuine issue of material fact, there being no response filed in response to Motion for Order Granting Summary Judgment, and that Plaintiffs herein are entitled to Summary Judgment as a matter of law against Defendant New Beginnings Construction, LLC,

**NOW THEREFORE**, the Motion of the Plaintiffs for Summary Judgment herein is hereby granted, and the Clerk is hereby directed to enter Summary Judgment in accordance with the following Order.

**ORDERED** as follows:

That Plaintiffs Carpenters Health and Security Trust of Western Washington, Carpenters of Western Washington Individual Account Pension Trust, Carpenters Retirement Trust of Western Washington, Carpenters-Employers Vacation Trust of Western Washington, Carpenters-Employers Apprenticeship and Training Trust Fund of Western Washington, and Pacific Northwest Regional Council of Carpenters are hereby granted Summary Judgment against

ORDER GRANTING SUMMARY JUDGMENT—2
Case No. CV5-1818Z

Law Offices of
**Mary L. Stoll**
2033 Sixth Avenue, Suite 815
Seattle, WA 98121-2573
Telephone 206-623-2855
Fax 206-667-9805

1  Defendant New Beginnings Construction, LLC; such judgment consists of fringe benefit
2  contributions and wage deductions of $2,435.63, liquidated damages of $1,558.35, interest of
3  $533.22, costs of $305.31, and attorney fees of $4,323.90, for a total judgment amount owing of
4  $9,156.41.

5  **IT IS FURTHER ORDERED** that this Judgment shall bear interest from the date of
6  entrance herein at the rate of ~~12~~ 5.02 percent per annum.

7  DATED ____Sept 12____, 2006

8
9  _____
   HONORABLE THOMAS S. ZILLY
10  UNITED STATES DISTRICT COURT JUDGE

11
   Presented by:
12

13
   s/ Mary L. Stoll
14  _____
   Mary L. Stoll, WSBA No. 16446
   Law Offices of Mary L. Stoll
15  2033 Sixth Avenue, Suite 815
   Seattle WA  98121-2573
16  Telephone 206-623-2855
   Fax 206-667-9805
17  Email marys@mlstoll-law.com

18
19
20
21
22

ORDER GRANTING SUMMARY JUDGMENT—3
Case No. CV5-1818Z

Law Offices of
**Mary L. Stoll**
2033 Sixth Avenue, Suite 815
Seattle, WA 98121-2573
Telephone 206-623-2855
Fax 206-667-9805